# UNITED STATES PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Barton Baskette     **Docket Number:** 3:12-CR-00022-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas W. Phillips
United States District Judge

**Name of Presiding Judicial Officer:** The Honorable Katherine A. Crytzer
United States District Judge

**Date of Original Sentence:** December 20, 2012

**Original Offense:** **Count 1**: Knowingly Receiving Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(2) and (b)(1)

**Count 2**: Possession of Child Pornography, in violation of Title 18 U.S.C. §§ 2252A(a)(5) and (b)(2)

**Class:** C Felony     **Criminal History Category:** I

**Original Sentence:** 151 months imprisonment, followed by ten (10) years of supervised release

**Modification of Special Conditions – February 17, 2021:** The probation office will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct the defendant to report to these agencies personally for required additional processing, such as an interview and assessment, photographing, fingerprinting, polygraph testing, and DNA collection.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** January 12, 2023

**Date Supervision Expires:** January 11, 2033

**Assistant U.S. Attorney:** Frank M. Dale, Jr.

**Defense Attorney:** James A.H. Bell

**************************************

## PETITIONING THE COURT

To modify the conditions of supervision to include the following additional special conditions:

You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(l)) you use.

To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(l)) subject to computer monitoring. These searches will be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

You must not utilize or maintain any memberships or accounts of any social networking website or websites that allow minor children membership, a profile, an account, or webpage without approval of the probation office. This includes websites that explicitly prohibit access or use by sex offenders.

## CAUSE

Mr. Baskette's term of supervision commenced on January 12, 2023, in the Eastern District of Arkansas. Based on Mr. Baskette's conviction, the Eastern District of Arkansas is requesting additional special conditions of supervision to assist with protecting the community and further enhance the supervision of Mr. Baskette. The acceptance of supervision by the Eastern District of Arkansas is conditional on the proposed modification.

Mr. Baskette was provided with a Waiver of Hearing to Modify Conditions of Supervision (Prob 49) and agreed to the proposed modification.

Assistant United States Attorney Frank M. Dale, Jr. was contacted, and he does not object to the proposed modification.

Respectfully submitted,

_Rhonda Monger Lay_  January 18, 2023
Rhonda Monger Lay  Date
United States Probation Officer
Knoxville Division

APPROVED:

_John E. Lynn_  January 18, 2023
John E. Lynn, Assistant Deputy Chief  Date
United States Probation Officer

RML:awe

**ORDER OF COURT:**

The conditions of supervision are hereby modified to include the following additional special conditions:

> **You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C. § 1030(e)(l)) you use.**
>
> **To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(l)) subject to computer monitoring. These searches will be conducted to determine whether the computer contains any prohibited data prior to installation of the monitoring software, whether the monitoring software is functioning effectively after its installation, and whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.**
>
> **You must not utilize or maintain any memberships or accounts of any social networking website or websites that allow minor children membership, a profile, an account, or webpage without approval of the probation office. This includes websites that explicitly prohibit access or use by sex offenders.**

So ordered.

**ENTER.**

_____
The Honorable Katherine A. Crytzer
United States District Judge